

GNM0205827696
00001539

Debtor Name  General Maritime Corporation
Case Number  11-15285
Claim Number  1466

# CLAIM WITHDRAWAL FORM BASED UPON AN EQUITY INTEREST

Send To:    General Maritime Claims Processing Center
c/o GCG, Inc.
P.O. Box 9844
Dublin, OH 43017-5744



## EQUITY HOLDER INFORMATION:

Equity Holder Name: WARREN BECKER

Equity Holder Address:  PO BOX 3944
ALBANY, NY 12203-0944

## CREDITOR INFORMA

Claim Number to be Expunged    1466

Date of Claim to be Expunged   2/22/2012

## CERTIFICATION:

The undersigned certifies under penalty of perjury that the undersigned is authorized to make this claim withdrawal.

**   DATE, SIGN AND PRINT NAME AND TITLE, IF ANY, OF THE EQUITY HOLDER OR OTHER PERSON AUTHORIZED TO FILE THIS CLAIM WITHDRAWAL.

April 2, 2012          Warren Becker                    equity holder
Date                   Signature                         Title  equity holder
                       Warren Becker
                       Print Name of Party Signing Above



Warren Becker
P.O. Box 3944
Albany, New York 12203-0944

General Maritime Claims
c/o GCG, Inc.
P.O. Box 9844
Dublin, Ohio 43017-5744

7011 2970 0000 3818 1060

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
ALBANY, NY 12203
APR 02 '12
AMOUNT $5.75
00056310-15